**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Reily L. Teal, having been duly sworn, depose and state:

1. Affiant has been employed by the Drug Enforcement Administration (DEA) as a Special Agent (SA) since March of 2021 and currently assigned to the DEA Louisville Division Office (LDO). In connection with my official DEA duties, I investigate criminal violations of state and federal narcotics laws, including, but not limited to violations of Title 21, United States Code, Sections 841, 843, 846 and 848. I have received specialized training in the enforcement of laws concerning controlled substances as found in Title 21 of the United States Code. I have been personally involved in investigations concerning the possession, distribution, and importation of controlled substances, as well as investigations concerning the methods utilized to finance transactions, launder and transport drug proceeds, and conceal assets purchased with illegal proceeds. I have also been involved in various types of electronic surveillance, debriefing of defendants, witnesses and informants, as well as others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking. From 2019 to 2021, I was employed by Indiana State University Police Department in Terre Haute, IN. During part of that time, I conducted street level narcotic investigations.

2. Additionally, your affiant is familiar with the ways in which drug traffickers conduct their business, including, but not limited to, their methods of importing and distributing controlled substances, their use of telephones and digital display paging

1

devices, and their use of numerical codes and code words to conduct their transactions. Affiant is familiar with, and has participated in, all the normal methods of investigation, including, but not limited to, visual surveillance, the general questioning of witnesses, and the use of informants.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. This affidavit is submitted in support of a criminal complaint and arrest warrant of Michael CARIAS, DOB 4-27-2001. The facts and circumstances outlined in this affidavit are indicative of probable cause to believe that CARIAS, on or about February 11th, 2026, possessed with intent to distribute fentanyl violation of Title 21, United States Code 841.

### Background of Investigation

5. In November of 2025, the DEA Louisville Division Office (LDO) began investigating the Drug Trafficking Organization (DTO) operated by Michael CARIAS. CARIAS has been identified as multi-kilogram quantity fentanyl drug trafficker operating in Louisville, KY.

6. In early February of 2026, CS-20-162306 (CS) informed investigators that a package containing fentanyl would be delivered for CARIAS in the area of Louisville Avenue in Louisville, KY.

7. On November 4th, 2025 SA Reilly Teal applied for a federal search warrant in the Western district of Kentucky authorizing a GPS phone ping on phone number 513-

276-8361, being utilized by Michael CARIAS, for a period of thirty (30) days.

8.  On February 11, 2026, investigators observed CARIAS's cell phone ping travel from Lexington, KY where he resides, towards the Louisville, KY area.

9.  At approximately 5:50 p.m., members of law enforcement observed CARIAS exit a white Toyota Corolla and enter 4250 Louisville Avenue.

10. At approximately 5:58 p.m., CARIAS exited 4250 Louisville Avenue carrying a package suspected to contain fentanyl and entered 4248 Louisville Avenue. CARIAS then exited 4248 Louisville Avenue at approximately 6:32 p.m., empty-handed and entered the Toyota Corolla. CARIAS was observed leaving 4248 Louisville Avenue, Louisville, KY 40209. Members of law enforcement determined that CARIAS left the box inside the business of 4248 Louisville Avenue, Louisville, KY 40209.

11. At approximately 8:35pm, KSP Trooper Matt Carter conducted a traffic stop on the white Corolla. During the traffic stop, KSP observed CARIAS was the sole occupant of the vehicle and did not have a driver's license but did provide his name and date of birth as Michael CARIAS, 04/27/2001. KSP dispatch advised that CARIAS' Driver's License status was suspended.

12. Simultaneously with the traffic stop, members of DEA executed a search warrant at 4248 Louisville Avenue, Louisville, KY. As a result, SA Reilly Teal, as witnessed by SA Nathan Maggard, located a package containing two brick shaped objects wrapped in plastic with "T POL" written on the package, suspected of being fentanyl in a blue sedan inside the garage at 4248 Louisville Avenue. ████████████

████████████████████████████████

████████████████████████████████

3



14. On March 2, 2026, the LDO was informed by the DEA Mid-Atlantic Lab that the seized narcotics tested positive for fentanyl.

16. On June 16th, 2026, members of the DEA LDO made contact with CARIAS at 4600 Manslick Road, requested consent to search the residence, and was granted consent. Drug paraphernalia, in the form of vacuum sealed bags, was located in the residence.

No fentanyl was recovered during the consent search, but members of the LDO found a backpack containing CARIAS's passport and other idenfitification. Upon the concurrence of AUSA Frank Dahl, CARIAS was placed under arrest based upon the facts of this case.

### Summary

17. Based upon the above information, with the evidence seized, and based on my training and experience, the affiant believes that Michael CARIAS knowingly and intentionally possessed with intent to distribute fentanyl in violation of 21 U.S.C. § 841.

*/s/ Reilly L. Teal*

_____
Reilly L. Teal, Special Agent
U.S. Drug Enforcement Administration

Subscribed and sworn to me via telephone this 16th day of June, 2026.

_____
Regina S. Edwards
United States Magistrate Judge

5